UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**GLORIA BADON**  **CASE NO. 2:22-CV-03375**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**LIBERTY MUTUAL FIRE INSURANCE CO ET AL**  **MAGISTRATE JUDGE LEBLANC**

## MEMORANDUM RULING

The undersigned adopted the Report and Recommendation [doc. 37] of the Magistrate Judge, recommending that plaintiff's former counsel William Huye and McClenny Moseley & Associates, PLLC ("MMA") be sanctioned under the court's inherent authority and ordered to pay defendants' reasonable attorney fees. Doc. 38. Accordingly, defendants were granted fourteen days to submit evidence in support of this award and plaintiff's former counsel were given fourteen days thereafter to traverse defendants' submission. *Id.* On May 3, 2024, defendants submitted a Statement of Fees and Costs [doc. 39] showing that they had incurred $2,627.50 in attorney fees and $281.89 in costs in defending this case and anticipated incurring an additional $500 in fees through drafting the statement and collecting on a judgment. Accordingly, they request costs and fees in the amount of $3,409.39. Plaintiff's former counsel has filed no response to this submission and the time for doing so has passed.

The court finds that the costs and fees claimed by defendants are reasonable and well-supported. As laid out in the Magistrate Judge's Report and Recommendation, such

an award is necessary against former counsel as sanction for his misconduct in filing this suit. Plaintiff had already settled her hurricane claims against defendants and plaintiff's former counsel received notice of the settlement in May 2022, three months before the suit was filed. Doc. 37. Yet counsel made no inquiry and fails to provide adequate excuse for his failure to do so before proceeding with the suit. The court finds that no lesser award would serve as an adequate deterrent for this sort of vexatious behavior. Accordingly, Mr. Huye, MMA, and/or its legal successor will be held jointly and severally liable for the full amount of $3,409.39.

      **THUS DONE AND SIGNED** in Chambers on the 20th day of May, 2024.

      _____
      **JAMES D. CAIN, JR.**
      **UNITED STATES DISTRICT JUDGE**