UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **GLORIA BADON** | **CASE NO. 2:22-CV-03375** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LIBERTY MUTUAL FIRE INSURANCE CO ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that R. William Huye, III and his former employer, McClenny Moseley & Associates, PLLC and/or its legal successor, pay $3,409.39 to defendants as sanction for their misconduct in filing this suit.

**THUS DONE AND SIGNED** in Chambers on the 20th day of May, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE